# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD KUFRVOICH, | CIVIL ACTION NO. 3:19-1057 |
| Appellant | (JUDGE MANNION) |
| v. | |
| CHARLES J. DEHART, III, | |
| Appellee | |
| v. | |
| GOSHEN MORTGAGE LLC as Separate Trustee for GBDT I Trust 2011-1, | |
| Intervenor-Appellee | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motion to intervene of Goshen Mortgage LLC, **(Doc. 5)**, is **GRANTED**; and

**(2)** Goshen Mortgage LLC as Separate Trustee for GBDT I Trust 2011-1 is named Intervenor-Appellee in the case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: August 29, 2019

19-1057-01-ORDER.wpd