# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD P. KUFROVICH,** : | |
| : | **CIVIL ACTION NO. 3:19-1057** |
| **Appellant** : | **(JUDGE MANNION)** |
| : | |
| **v.** | |
| : | |
| **CHARLES J. DEHART, III,** | |
| : | |
| **Appellee** | |
| : | |
| **v.** | |
| : | |
| **GOSHEN MORTGAGE LLC** | |
| **as Separate Trustee for GBDT** : | |
| **I Trust 2011-1,** | |
| : | |
| **Intervenor-Appellee** | |

## ORDER

Based upon the foregoing Memorandum, and upon consideration of Appellant Kufrovich's appeal of the Bankruptcy Court's Order dated June 11, 2019, which denies Appellant's March 14, 2019 motion to reinstate his Chapter 13 Bankruptcy Case, **IT IS HEREBY ORDERED THAT:**

**1.** Appellant's appeal, **(Doc. 1)**, is **DENIED**;

**2.** The Bankruptcy Court's Order dated June 11, 2019,

**(Doc. 93, 5-18-bk-03317)**, is **AFFIRMED**; and

**3.** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 5, 2019**

19-1057-02-ORDER.wpd